| PROB 22 (NDMS -Rev. 5/14) | DOCKET NUMBER (Tran. Court) |
|---|---|
| | 2:05CR00089-001 |
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER (Rec. Court) |
| | 3:18-CR-169-DJH |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Allan Thomas Moody<br>Louisville, KY | Northern District of Mississippi | Oxford |
| | NAME OF SENTENCING JUDGE - W. Allen Pepper, Jr., U.S. District Judge<br>reassigned to: Michael P. Mills, U.S. District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 09/03/2018 — TO 09/03/2023 |

| OFFENSE | | |
|---|---|---|
| 18 U.S.C. §§ 2113(a) and 2113(d) | Armed Bank Robbery | Count 1 |
| 18 U.S.C. § 924(c)(1)(A)(ii) | Possession of Firearm in Furtherance of a Crime of Violence | Count 2 |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the  Western District of Kentucky, Louisville, KY  upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

11 Oct 2018
Date                                    United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF KENTUCKY

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

**David J. Hale, Judge**
**United States District Court**

October 12, 2018
Effective Date                          United States District Judge