

# Case Assignment
# Criminal Transfer of Jurisdiction

Case number **3:18CR-169-DJH**

Assigned : Judge David J. Hale
Judge Code : 4415

Designated Magistrate Judge : Magistrate Judge Colin H. Lindsay
Magistrate Judge Code : 44AS

Assigned on 10/12/2018 10:14:46 AM
Transaction ID: 15140

[Request New Judge]  [Return]