Local PROB 12Z
(Rev. 2/2007)

# United States District Court

for

**WESTERN DISTRICT OF KENTUCKY**

UNITED STATES OF AMERICA

         vs.                                      Docket Number:    0644 3:18CR00169 - DJH

Allan Thomas Moody
3011 Hikes Lane
Louisville, Kentucky 40220

**Petition for Modification on Probation and Supervised Release**

      Comes now Charles John, Probation Officer of the Court, presenting an official report upon the conduct of Allan Thomas Moody, who was placed on supervision by the Honorable W. Allen Pepper Jr. , United States District Court , sitting in the Court at the Northern District of Mississippi, on February 9, 2006, who fixed the period of supervision at 60 months supervised release, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The U.S. Probation Office is requesting a modification of conditions as it relates to the offender's special conditions during his term of supervised release. Mr. Moody was released on September 4, 2018. Supervision was transferred to the Western District of Kentucky, Louisville, KY on October 11, 2018. And assigned to the Honorable David J. Hale, United States District Judge.

On September 28, 2018, the Federal Post-Conviction Risk Assessment (PCRA) was completed by the U.S. Probation office. This assessment identifies an individual's risk, need, and responsivity. This assessment has identified Cognitions as a dynamic risk factor for Mr. Moody. The U.S. Probation Office intends to address this risk factor by referring Mr. Moody to the program mentioned below.

On October 4, 2018, Mr. Moody met with the U.S. Probation Office and a Probation Form 49 was executed by the offender and is attached for the Court's review.

PRAYING THAT THE COURT WILL ORDER as a special condition of supervised release

2) The defendant shall participate in a cognitive behavioral treatment program and follow the rules and regulations of that program. Such programs may include group sessions led by a counselor or participation in a program administered by the Probation Office. The defendant shall contribute to the Probation Office's costs of service rendered based upon his ability to pay as reflected in his monthly cash flow as it relates to the court approved sliding fee scale.

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| It is ordered that a modification be issued and made a part of the records in the above case. | Executed by |

**David J. Hale, Judge**
**United States District Court**

October 30, 2018

_____
John, Charles
U.S. Probation Officer

Place Louisville, Kentucky

DATE:   October 24, 2018

cc:    U.S. Magistrate Judge, U.S. Marshal, U.S. Attorney, U.S. Probation Officer