UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CRIMINAL ACTION NO. 3:18CR-169-DJH
UNITED STATES OF AMERICA,                   PLAINTIFF,

vs.

ALLAN THOMAS MOODY                           DEFENDANT.

## MOTION TO TERMINATE SUPERVISED RELEASE

*Electronically Filed*

Comes the defendant, Allan Thomas Moody, by counsel Brian Butler, and hereby moves this Court to terminate his supervised release, pursuant to 18 U.S.C. § 3583(e). As grounds for this motion, the defendant states that he was convicted of robbery in the Northern District of Mississippi. Following his release from prison on or about September 4, 2018, he began a five year term of supervised release. He has completed 18 months of his supervised release and has been compliant with the terms of his supervised release.

Mr. Moody is 71 years old. He has a defibrillator in his heart because significant cardiovascular issues. Statistically and medically, he is well beyond the age of the vast majority of criminal defendants and certainly beyond the age where any future criminal conduct is likely.

Since beginning his supervised release, the undersigned is unaware of any violations. Moreover, Mr. Moody has taken important steps to address past substance

abuse issues. At the recommendation of United States Probation, Mr. Moody was enrolled in and completed an approximately 9 month M.R.T. program that he describes as an excellent self help program. Mr. Moody also regularly attends A.A. classes in order to maintain his sobriety.

Moreover, Mr. Moody is living with a long time friend and acquaintance who is also serving as Mr. Moody's AA sponsor. Simply put, he is in a stable environment surrounded by people who are committed to helping him continue to succeed.

Mr. Moody is a success story on supervised release. Unlike so many that are released from prison, he has maintained a stable personal life. He has complied with the conditions of his supervised release. He is a contributing member of society.

Supervised release is designed to assist defendants reintegrate into the community upon release from prison. Mr. Moody has succeeded and accomplished all of the goals of supervised release. He is no longer in need of supervised release. Importantly, at this stage in his life it would assist Mr. Moody more to be removed from supervised release than to continue. Mr. Moody has 2 daughters in Gulfport, Mississippi and 1 daughter in Columbus, Missouri. He wants to be able to see them as much as possible. Importantly, Mr. Moody wants to end this tragic chapter in his life.

On April 1, 2020, the undersigned spoke to United States Probation Officer Charles John. He was not able to recommend release or not recommend release because he has not discussed it with his supervisor. However, Officer John went on to describe Mr. Moody as "totally compliant." He further stated that he had absolutely no problems with Mr. Moody.

For these reasons, early termination of supervised release is warranted by the conduct of the defendant and in the interests of justice. Mr. Moody respectfully requests that this Court grant this motion and terminate his supervised release.

/s/ Brian Butler
600 West Street, Suite 1916
Louisville, Kentucky 40202
(502) 594-1802
Counsel for Defendant.

### CERTIFICATE

I certify that the foregoing motion was electronically filed and notice was served on the United States, this 1st day of April, 2020.

/s/Brian Butler
Counsel for Defendant