UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CRIMINAL ACTION NO.  3:18CR-169-DJH
UNITED STATES OF AMERICA,

PLAINTIFF,

vs.

ALLAN THOMAS MOODY

DEFENDANT.

## ORDER

Defendant having moved the Court as above set forth, and the Court being otherwise sufficiently advised,

**IT IS ORDERED AND ADJUDGED** that defendant's supervised release is hereby terminated.