# UNITED STATES DISTRICT COURT
### Western District of Kentucky
### Probation Office

| | |
|---|---|
| 400 US Courthouse<br>601 W. Broadway<br>Louisville, KY 40202-2277 | Kathryn B. Jarvis, Chief U.S. Probation Officer<br>Telephone: (502) 681-1000<br>Fax: (502) 681-1100 |

May 6, 2020

The Honorable United States District Judge David J. Hale
601 W. Broadway
Room 106
Louisville, Kentucky 40202

RE: Allan MOODY
Case Number: 3:18-CR-169-DJH
Early Termination Request – RESPONSE

      On April 28, 2020, I received an email from your Court advising that counsel had filed a motion for early termination regarding this defendant. The Probation Office would respectfully not support Mr. Moody's request for early termination at this time. Per the Guide to Judiciary Policy (Volume 8: Chapter 3) Mr. Moody still presents risk to the public and has not demonstrated an ability to lawfully self-manage beyond supervision. More specifically, Mr. Moody has been convicted of two or more prior felonies each of which are crimes of violence: and a lengthy criminal history dating back to 1966.

Armed Bank Robbery & Possession of Firearm in Furtherance of a Crime of Violence – 2:05CR00089 – Northern District of Mississippi (Instant Offense)

Bank Robbery: Docket Number: 1:85CR 08104 – Southern District of Florida, Miami, Florida

Armed Robbery: Case Number: 11211 – McCracken Circuit Court, Paducah, Kentucky

Mr. Moody was previous sentenced in this court in 1973 for being a felon in possession of a firearm as well.

Mr. Moody's current term of supervised release is scheduled to expire on September 03, 2023. Accordingly, the Probation Office believes that Mr. Moody is not an appropriate candidate for early termination from supervised release at this time.

Feel free to contact me if you have any further questions.

Sincerely,

*[signature]*

Charles John
U.S. Probation Officer