UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff,

v.     Criminal Action No. 3:18-cr-169-DJH

ALLAN THOMAS MOODY,     Defendant.

\* \* \* \* \*

## **ORDER**

    Defendant Allan Thomas Moody moves for early termination of his term of supervised release, which is currently scheduled to expire on September 3, 2023. (Docket No. 5)  The Court has consulted with the United States Probation Office, which does not recommend early termination at this time.  (D.N. 6)  The probation officer states that Moody "has not demonstrated an ability to lawfully self-manage beyond supervision." (*Id.*)  Accordingly, and the Court being otherwise sufficiently advised, it is hereby

    **ORDERED** that the motion for early termination (D.N. 5) is **DENIED** without prejudice.  In reaching this conclusion, the Court does not rule out future requests.