UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CRIMINAL ACTION NO. 3:18CR-169-DJH
UNITED STATES OF AMERICA, PLAINTIFF,

vs.

ALLAN THOMAS MOODY DEFENDANT.

### MOTION TO TERMINATE SUPERVISED RELEASE

*Electronically Filed*

Comes the defendant, Allan Thomas Moody, by counsel Brian Butler, and hereby moves this Court to terminate his supervised release, pursuant to 18 U.S.C. § 3583(e). As grounds for this motion, the defendant states that he was convicted of robbery in the Northern District of Mississippi. Following his release from prison on or about September 4, 2018, he began a five year term of supervised release. He has completed 2 1/2 years of his supervised release and has been compliant with the terms of his supervised release.

Mr. Moody is 71 years old. He has a defibrillator in his heart because significant cardiovascular issues. Statistically and medically, he is well beyond the age of the vast majority of criminal defendants and certainly beyond the age where any future criminal conduct is likely.

Since beginning his supervised release, the undersigned is unaware of any violations. Moreover, Mr. Moody has taken important steps to address past substance

abuse issues.  At the recommendation of United States Probation, Mr. Moody was enrolled in and completed an approximately 9 month M.R.T. program that he describes as an excellent self help program.

Mr. Moody is a success story on supervised release.  Unlike so many that are released from prison, he has maintained a stable personal life.  He has complied with the conditions of his supervised release.  He is a contributing member of society.

Supervised release is designed to assist defendants reintegrate into the community upon release from prison.  Mr. Moody has succeeded and accomplished all of the goals of supervised release.  He is no longer in need of supervised release.  Importantly, at this stage in his life it would assist Mr. Moody more to be removed from supervised release than to continue.

On March 19, 2021, the undersigned spoke to United States Probation Officer David Rockmorton.  Officer Rockmorton gave the undersigned permission to state that he has no objection to the undersigned's motion.

For these reasons, early termination of supervised release is warranted by the conduct of the defendant and in the interests of justice.  Mr. Moody respectfully requests that this Court grant this motion and terminate his supervised release.

/s/  Brian Butler
400 West Market, Suite 1800
Louisville, Kentucky 40202
(502) 594-1802
Counsel for Defendant.

## **CERTIFICATE**

I certify that the foregoing motion was electronically filed and notice was served on the United States, this 19th day of March, 2021.

/s/Brian Butler
Counsel for Defendant