**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**CRIMINAL ACTION NO.  3:18CR-169-DJH**
**UNITED STATES OF AMERICA,**                                        **PLAINTIFF,**

**vs.**

**ALLAN THOMAS MOODY**                                                  **DEFENDANT.**

<u>**ORDER**</u>

Defendant having moved the Court as above set forth, and the Court being otherwise sufficiently advised,

**IT IS ORDERED AND ADJUDGED** that defendant's supervised release is hereby terminated.