UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,	Plaintiff,

v.	Criminal Action No. 3:18-cr-169-DJH

ALLAN THOMAS MOODY,	Defendant.

\* \* \* \* \*

## ORDER

Defendant Allan Thomas Moody having moved for early termination of his supervised release (Docket No. 8), it is hereby

**ORDERED** that the United States shall respond to Moody's motion within **ten (10) days** of entry of this Order.

March 24, 2021

David J. Hale, Judge
United States District Court

1