UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                           PLAINTIFF

vs.                                                    CRIMINAL ACTION NO. 3:18-cr-169

**ALLAN THOMAS MOODY**                             DEFENDANT

NOTICE OF ENTRY OF APPEARANCE

Assistant United States Attorney Joshua Judd hereby enters his appearance of record on behalf of the United States of America.

                                       Respectfully submitted,

                                       MICHAEL A. BENNETT
                                       Acting United States Attorney


                                       /s/ Joshua Judd
                                       Joshua Judd
                                       Assistant United States Attorney
                                       717 West Broadway
                                       Louisville, Kentucky 40202
                                       Phone: (502) 582-5911