UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                    PLAINTIFF

vs.                                                  CRIMINAL ACTION NO. 3:18CR-169-DJH

ALLAN THOMAS MOODY                                        DEFENDANT

## RESPONSE TO MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

### ELECTRONICALLY FILED

      Defendant Allan Thomas Moody filed a motion for early termination of supervised release. (DN 8). Moody supervision was transferred from the Northern District of Mississippi. According his motion, he claims he has served about half of his five-year term of supervised release. Defendant Moody had convictions for Armed Bank Robbery (Northern District of Mississippi 2:05CR89 and McCracken Circuit Court case number 11211) in addition to Bank Robbery (1:85CR08104 Southern District of Florida). Mr. Moody argues that because of his age, compliance, medical issues, among other reasons he should be terminated early from supervised release. The defendant has completed approximately half of his term of supervised release. United States Probation has conducted a risk assessment of the defendant and considers him low to moderate. Probation does not object to the motion for early release. Therefore, the United States does not object to the defendant's request.

                                                           Respectfully submitted,

                                                           MICHAEL A. BENNETT
                                                           Acting United States Attorney


                                                           s/Joshua Judd
                                                           Joshua Judd

        Assistant U.S. Attorney
        717 West Broadway
        Louisville, Kentucky  40202
        (502) 582-5911

## **CERTIFICATE OF SERVICE**

    I hereby certify that on April 1, 2021, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following: Brian Butler, Attorney for the Defendant.

        s/Joshua Judd
        Joshua Judd
        Assistant U.S. Attorney