UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                            PLAINTIFF

vs.                                                          CRIMINAL ACTION NO. 3:18CR-169-DJH

ALLAN THOMAS MOODY                                                                DEFENDANT

**PROPOSED ORDER**

**ELECTRONICALLY FILED**

      The defendant Allan Thomas Moody moved for early termination of supervised release. The United States responded. United States Office of Probation and Parole does not object and the United States does not object. The motion is granted.