UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA, Plaintiff,

v. Criminal Action No. 3:18-cr-169-DJH

ALLAN THOMAS MOODY, Defendant.

\* \* \* \* \*

### ORDER

Defendant Allan Thomas Moody moves for early termination of his supervised release. (Docket No. 8)  The United States does not oppose Moody's motion.  (D.N. 11)  Having consulted with the U.S. Probation Office, the Court "is satisfied that [early termination] is warranted by the conduct of the defendant . . . and the interest of justice."  18 U.S.C. § 3583(e)(1).  Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that the motion for early termination (D.N. 8) is **GRANTED**.  Moody's supervised release is **TERMINATED** pursuant to 18 U.S.C. § 3583 and Federal Rule of Criminal Procedure 32.1.

April 6, 2021

David J. Hale, Judge
United States District Court

1